ORDER:
Motion granted. The Initial Case Mgt Conference is reset for September 20, 2012, at 10:30 a.m.

*E. Clifton Knowles*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| TRANSCOM ENHANCED SERVICES, INC., | § § § | |
| v. | § § | No. 3:12-CV-679 |
| THE TENNESSEE REGULATORY AUTHORITY, ET AL. | § § § § | Judge Campbell<br><br>Magistrate Judge Knowles |

### PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

**COMES NOW** Petitioner/Plaintiff, TRANSCOM ENHANCED SERVICES, INC. ("Plaintiff" or "Transcom"), and respectfully requests that the Court continue the Case Management Conference ("Case Management Conference") currently scheduled in the above captioned matter for August 27, 2012 at 2:00 p.m. for approximately 21 days to a date mutually agreeable to the Court and the Parties based on the following:

1. This action arises from activities by the Defendants leading up to, and also relates to, an Order issued by the Tennessee Regulatory Authority ("TRA"), by and through its Chairman and two Directors, on April 18, 2012, in a proceeding styled *In Re Complaint of Concord Telephone Exchange, Inc., [et al.]. Against Halo Wireless, Inc., Transcom Enhanced Services, Inc. and Other Affiliates for Failure to Pay Terminating Intrastate Access Charges for Traffic and Other Relief and Authority to Cease Termination of Traffic*, Docket No. 11-00108 ("Docket 11-00108").

2. Transcom filed a timely "Petition for Review," under Tenn. Code Ann. § 4-5-322(b)(1) and Tenn. R. App. P:. 12(I), in the Tennessee Court of Appeals on June 18, 2012. The case was