IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TRANSCOM ENHANCED SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) ) ) | |
| vs. | ) ) ) ) ) | CASE NO. 3:12-0679 JUDGE CAMPBELL/KNOWLES |
| THE TENNESSEE REGULATORY AUTHORITY, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court held the Initial Case Management Conference in this action on September 20, 2012. As was discussed at the ICMC, Plaintiff filed a "Motion for Leave to Amend Complaint and Join Additional Parties" on September 7, 2012. Docket No. 23. While the Response to that Motion is not yet due, Defendants sought an extension of time to respond of one week, which is granted.

In view of the foregoing, the ICMC is hereby continued and will be reset by a separate Order.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge