IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TRANSCOM ENHANCED )
SERVICES, INC. )
)
v. ) NO. 3-12-0679
) JUDGE CAMPBELL
THE TENNESSEE REGULATORY )
AUTHORITY )

ORDER

Plaintiff has filed a Notice of Voluntary Dismissal (Docket No. 35) as to all Defendants herein. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is DISMISSED without prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE